IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Nationwide Mutual Fire Insurance, as subrogee of William and Brenda Hendrix, | C.A. No. 8:06-1581-HMH |
| Plaintiff, | **OPINION AND ORDER** |
| vs. | |
| Champion Enterprises, Inc. and Redman Homes, Inc., | |
| Defendants. | |

Nationwide Mutual Fire Insurance is ordered to inform the court within ten (10) days of the date of this order of its state of incorporation and of its principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332.

Champion Enterprises, Inc. and Redman Homes, Inc. are ordered to inform the court within ten (10) days of the date of this order of their respective principal places of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 25, 2006